

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

June 29, 2015

J. Warren St. John
2020 Burnett Plaza
801 Cherry St., Unit No. 5
Fort Worth, TX 76102
* DELIVERED VIA E-MAIL *

RE:  Court of Appeals Number:  02-15-00164-CR, 02-15-00165-CR,
                               02-15-00166-CR, 02-15-00167-CR

     Trial Court Case Number:  1336013D, 1336014D,
                               1336015D, 1336016D

Style:  Benjamon Ray Stewart a/k/a Benjamon Todd Stewart
        v.
        The State of Texas

     The court has considered the response to our letter dated May 29, 2015, and will continue the appeal.

     The reporter's record is due August 28, 2015.

                              Respectfully yours,

                              DEBRA SPISAK, CLERK

                              *Debra Spisak*

                              By:  Bonnie Alexander, Deputy Clerk

cc:  Debra A. Windsor
     Assistant District Attorney
     401 W. Belknap St.
     Fort Worth, TX 76196-0201

David (Scott) Wisch
Judge, 372nd District Court
401 W Belknap
Fort Worth, TX 76196-7119

Court Reporter, 372nd District Court
Tim Curry Criminal Justice Center
401 W. Belknap
Fort Worth, TX 76196-7119